JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>    Defendants. | Case No. 2:23-cv-01038-SB-AS<br><br>ORDER DISMISSING CASE |

    On March 8, 2023, after denying Plaintiff's second application to proceed in this case without paying fees, the Court ordered Plaintiff to pay the filing fee in this action by March 28, 2023 and warned him that his case would be dismissed if he failed to do so. Plaintiff has failed to pay the fee, and this action is therefore DISMISSED without prejudice.

    IT IS SO ORDERED.

Date: April 13, 2023

                                                  Stanley Blumenfeld, Jr.
                                                United States District Judge